IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID WETHY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:14-CV-1522-D |
| VS. | § | |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On July 1, 2014 the court granted defendant Deutsche Bank National Trust Company's ("Deutsche Bank's") May 29, 2014 motion to dismiss. The court granted plaintiff David Wethy ("Wethy") 28 days from the date the order was filed to file an amended complaint. The order stated that, if Wethy failed to replead, this action would be dismissed based on Deutsche Bank's May 29, 2014 motion.

On July 11, 2014 the court filed an order pointing out that Wethy had not filed a certificate of interested persons, as required by the local civil rules of this court and the court's June 16, 2014 order. The July 11, 2014 order stated that, if Wethy did not file the required certificate of interested persons within 14 calendar days from the date the order was filed, the court would dismiss this action without prejudice for want of prosecution, without additional prior notice.

Because Wethy did not file an amended complaint, the court dismisses this action with prejudice based on Deutsche Bank's May 29, 2014 motion to dismiss.  The court need not reach his failure to comply with the court's July 11, 2014 order.

**SO ORDERED**.

July 31, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE